# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2939 Disciplinary Docket No. 3 |
| | : | |
| DAVID ADDISON GRANT MURRAY | : | No. 3 DB 2023 |
| | : | |
| | : | (Dauphin County Court of Common |
| | : | Pleas, CP-22-CR-0000171-2022) |
| | : | |
| | : | Attorney Registration No. 330036 |
| | : | |
| | : | (Chester County) |

## ORDER

**PER CURIAM:**

**AND NOW**, this 7th day of February, 2023, the Joint Petition to Temporarily Suspend an Attorney is granted, and David Addison Grant Murray is placed on temporary suspension. *See* Pa.R.D.E. 214(d)(5). Respondent shall comply with all the provisions of Pa.R.D.E 217.

This Order constitutes an imposition of public discipline. *See* Pa.R.D.E. 402(c)(2) (providing an exception to the confidentiality requirement of Rule 402 when "the investigation is predicated upon a conviction of the respondent-attorney for a crime").